

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

RONALD Y. ROTHSTEIN
Partner
(312) 558-7464
RRothste@winston.com

July 6, 2020

**By Electronic Case Filing**

Hon. Philip M. Halpern
United States District Court
    for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007
(914) 390-4160

      Re:   *Kansas Gilleo v. The J. M. Smucker Company*, Case No. 7:20-cv-02519-PMH

Dear Judge Halpern:

      We write jointly on behalf of Plaintiff Kansas Gilleo and Defendant The J. M. Smucker Company ("Smucker") in the above-referenced matter before this Court. Smucker sent a letter to Plaintiff s pursuant to Rule 4(C) of your Individual Practices. Plaintiff responded and the parties conferred. During the parties' meet and confer, the parties agreed that it would be beneficial and efficient for Plaintiff to file an Amended Complaint as envisioned by Rule 4(C)(ii) of your Individual Practices.

      This letter seeks the Court's approval of an agreed upon schedule for Plaintiff to file an Amended Complaint and Smucker to respond. Plaintiff will file an Amended Complaint by July 31, 2020. Smucker will then respond by September 29, 2020. The parties will follow Rule 4(C) of your Individual Rules should Smucker decide to file a motion to dismiss the Amended Complaint.

      This proposed schedule will preserve resources, avoid duplicative motions, and streamline this litigation. For these reasons, the parties respectfully request that this Court approve the agreed upon schedule set forth in this letter

      Respectfully Submitted,

    __S/ Spencer Sheehan_____        __S/ Ronald Y. Rothstein_____
Spencer Sheehan                                         Ronald Y. Rothstein
**SHEEHAN & ASSOCIATES, P.C.**            Sean H. Suber (*pro hac vice*)
505 Northern Blvd Ste. 311                 **WINSTON & STRAWN LLP**
Great Neck NY 11021-5101                 35 W. Wacker Dr.
(516) 303-0552                                           Chicago, IL 60601


Hon. Philip M. Halpern
July 6, 2020
Page 2

spencer@spencersheehan.com

Michael R. Reese
**REESE LLP**
100 W 93rd St Fl 16
New York NY 10025-7524
(212) 643-0500
mreese@reesellp.com

*Counsel for Plaintiff Kansas Gilleo*

(312) 558-5600
RRothstein@winston.com
SSuber@winston.com

Patrick J. Bannon (*admission pending*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6807
PBannon@winston.com

*Counsel for Defendant The J. M. Smucker Company*