UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KANSAS GILLEO, JESSICA NELSON,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

    -against-                                20 **CIVIL** 2519 (PMH)

## JUDGMENT

THE J.M. SMUCKER COMPANY,

                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 23, 2021, the Court GRANTS Defendant's motion to dismiss Plaintiffs' Amended Complaint with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          September 23, 2021

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**
                                                **Deputy Clerk**